RICHARD H. GREENER, ISB #1191
**GREENER BURKE SHOEMAKER P.A.**
815 W. Washington Street
Boise, ID 83702
Telephone:   208/319-2600
Facsimile:    208/319-2601
Email:          rgreener@greenerlaw.com

BARRY M. KAPLAN (*admitted pro hac vice*)
DOUGLAS W. GREENE (*admitted pro hac vice*)
DAVID L. LANSKY (*admitted pro hac vice*)
**WILSON SONSINI GOODRICH &
   ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:   206/883-2500
Facsimile:    206/883-2699
Emails:        bkaplan@wsgr.com
                    dgreene@wsgr.com
                    dlansky@wsgr.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re MICRON TECHNOLOGY, INC. SECURITIES LITIGATION<br><br>_____<br>This Document Relates To:<br>ALL ACTIONS | CASE NO. CV-06-085-S-BLW<br>(Lead Case)<br><br>CLASS ACTION<br><br>DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING THE UNITED STATES SUPREME COURT'S DECISION IN *MERCK & CO., INC., ET AL V. REYNOLDS, ET AL.*<br><br>Judge: Hon. Lynn B. Winmill |

Defendants Micron Technology, Inc. ("Micron"), Steven Appleton, Wilbur Stover, and Michael Sadler (collectively "Defendants") respectfully move to stay all proceedings against them pending resolution of the United States Supreme Court's decision in *Merck & Co. v. Reynolds*, 129 S. Ct. 2432, 2009 WL 150620 (Aug. 10, 2009).  As is set forth more fully in Defendants' supporting Memorandum, all proceedings in this case should be stayed because the United States Supreme Court is considering a question that is potentially dispositive in this case.

Specifically, the Supreme Court will resolve a circuit split on the question of when the two-year statute of limitations begins to run on securities fraud claims.  In so doing, the Supreme Court will determine if, as some courts have held, the statute of limitations begins to run as soon as investors are on inquiry notice of a potential securities fraud claim or, as this Court held in denying Defendants' motion to dismiss, the investors must also have access to evidence that the defendants acted with an intent to defraud, *i.e.*, scienter.  The Supreme Court's decision in *Merck* is potentially dispositive here because this Court has already held that Plaintiffs were on inquiry notice of their claims more than two years before they filed their Complaint.  If the Supreme Court determines that no evidence of scienter is necessary to begin the statute of limitations running, Plaintiffs' claims would be time-barred and thus subject to dismissal.

Accordingly, a stay pending the Supreme Court's decision in *Merck* would be the most efficient course of action and would best protect the interests of the parties.

Respectfully submitted,

DATED this 5th day of November 2009.

<u>Lead Counsel for Defendants:</u>

*/s/  BARRY M. KAPLAN*

BARRY M. KAPLAN
DOUGLAS W. GREENE
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:     206/883-2500
Facsimile:      206/883-2699
Emails:          bkaplan@wsgr.com
                     dgreene@wsgr.com

<u>Liaison Counsel for Defendants</u>

*/s/  THOMAS J. LLOYD III*

RICHARD H. GREENER
THOMAS J. LLOYD III
GREENER BURKE SHOEMAKER P.A.
950 W. Bannock Street, Suite 900
Boise, ID 83702
Telephone:     208/319-2600
Facsimile:      208/319-2601
Emails:          rgreener@greenerlaw.com
                     tlloyd@greenerlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of November, 2009, I electronically filed the foregoing Defendants' Motion to Stay Proceedings with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Philip H. Gordon<br>Bruce S. Bistline<br>Gordon Law Offices<br>623 W. Hays Street<br>Boise, ID 83702 | David A. Rosenfeld<br>Lerach Coughlin Stoia & Robbins<br>200 Broadhollow Road, Suite 406<br>Melville, NY 11747 |
| Patrick J. Coughlin<br>John K. Grant<br>Mary Blasy<br>Christopher Martin Wood<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111 | M. Patrick Duffin<br>M. Patrick Duffin, P.A.<br>2677 E. 17th Street, Suite 500<br>Idaho Falls, ID 83406 |
| Sam Johnson<br>Johnson & Monteleone<br>405 S. 8th Street, Suite 250<br>Boise, ID 83702 | Terry M. Michaelson<br>Hamilton Michaelson & Hilty<br>P.O. Box 65<br>Nampa, ID 83653-0065 |
| W. Breck Seiniger<br>Reed Garrett Smith<br>Seiniger Law Offices, P.A.<br>942 W. Myrtle Street<br>Boise, ID 83702 | Seth Klein<br>Schatz Novel Izard, PC<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103 |

                                                              /s/ **THOMAS J. LLOYD III**

                                        RICHARD H. GREENER/THOMAS J. LLOYD III