Philip Gordon ISBN 1996
Bruce S. Bistline ISBN 1988
GORDON LAW OFFICES
623 West Hays Street
Boise, ID  83702
Telephone: 208/345-7100
208/345-0050 (fax)

Liaison Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re MICRON TECHNOLOGY, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Master File No. 1:06-cv-00085-S-WFD<br><br><u>CLASS ACTION</u><br><br>LEAD PLAINTIFFS' MOTION FOR (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT; (2) APPROVAL OF PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS; AND (3) AN AWARD OF ATTORNEYS' FEES AND EXPENSES<br><br>DATE:      February 2, 2011<br>TIME:      9:30 a.m.<br>COURTROOM:   The Honorable<br>                            William F. Downes |
| This Document Relates To:<br><br>ALL ACTIONS. | |

589386_1

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to an Order of the Court filed November 18, 2010, on February 2, 2011, at 9:30 a.m., or as soon thereafter as counsel may be heard, at the James A. McClure Federal Building and United States Courthouse, 550 West Fort Street, Boise, Idaho, before the Honorable William F. Downes, Chief United States District Judge, Lead Plaintiffs will and hereby move for (1) approval of the settlement set forth in the Stipulation of Settlement dated as of August 24, 2010 (the "Stipulation"); (2) approval of the Plan of Allocation of settlement proceeds; and (3) an award of attorneys' fees and expenses. Lead Plaintiffs' motion is based on the Memorandum of Points and Authorities in Support of Final Approval of Class Action Settlement and the Plan of Allocation of Settlement Proceeds, the Memorandum of Points and Authorities in Support of an Award of Attorneys' Fees and Expenses, the Declaration of John K. Grant in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement, Plan of Allocation of Settlement Proceeds, and an Award of Attorneys' Fees and Expenses, the Declaration of Carole K. Sylvester Re A) Mailing of the Notice of Pendency and Proposed Settlement of Class Action and the Proof of Claim and Release Form, and B) Publication of the Summary Notice, the declarations of counsel for Lead Plaintiffs, the Stipulation, all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing.

DATED: January 6, 2011              Respectfully submitted,

                                    GORDON LAW OFFICES

                                              s/ Philip Gordon
                                    _____
                                    Philip Gordon ISBN 1996
                                    Bruce S. Bistline ISBN 1988

623 West Hays Street
Boise, ID 83702
Telephone: 208/345-7100
208/345-0050 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOY ANN BULL


       s/ Joy Ann Bull
----------------------------------------
       JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN K. GRANT
CHRISTOPHER M. WOOD
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Lead Counsel for Plaintiffs

IZARD NOBEL LLP
JEFFREY S. NOBEL
SETH R. KLEIN
29 South Main Street, Suite 215
West Hartford, CT  06107
Telephone:  860/493-6292
860/493-6290 (fax)

Additional Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 6, 2011.

s/ JOY ANN BULL
JOY ANN BULL

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: Joyb@rgrdlaw.com

LEAD PLAINTIFFS' MOTION FOR (1) FINAL APPROVAL SETTLEMENT; (2) APPROVAL OF ALLOCATION OF SETTLEMENT PROCEEDS; AND (3) AWARD OF FEES AND EXPENSES
589386_1

# Mailing Information for a Case 1:06-cv-00085-WFD

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Bruce S Bistline**
  bbistline@gordonlawoffices.com

- **Mary Blasy**
  mblasy@scott-scott.com,efile@scott-scott.com

- **Joy Ann Bull**
  joyb@rgrdlaw.com

- **M. Patrick Duffin**
  patrick.duffin@q.com

- **Philip Howard Gordon**
  pgordon@gordonlawoffices.com,bbistline@gordonlawoffices.com

- **John K Grant**
  johng@rgrdlaw.com,aromero@rgrdlaw.com,FileRoomSF@rgrdlaw.com

- **Douglas W Greene**
  dgreene@wsgr.com,plane@wsgr.com,rcarter@wsgr.com

- **Richard H Greener**
  rgreener@greenerlaw.com,pdent@greenerlaw.com,cbaldino@greenerlaw.com

- **Sam Johnson**
  sam@treasurevalleylawyers.com,grasiela@treasurevalleylawyers.com,cara@treasurevalleylawyers.com,jason@treasurevalleylawyers.com

- **Barry M. Kaplan**
  bkaplan@wsgr.com,plane@wsgr.com,rcarter@wsgr.com

- **Seth Klein**
  firm@snlaw.net,sklein@snlaw.net

- **David L Lansky**
  dlansky@wsgr.com

- **Thomas John Lloyd , III**
  tlloyd@greenerlaw.com,kaulenbacher@greenerlaw.com,cbaldino@greenerlaw.com

- **Terry M Michaelson**
  tmichaelson@nampalaw.com,rshepherd@nampalaw.com,mdebban@nampalaw.com

- **Christopher F. Nelson**
  cnelson@wsgr.com

- **David A Rosenfeld**
  drosenfeld@lerachlaw.com

- **William Breck Seiniger , Jr**
  wbs@seinigerlaw.com,cade@idahorights.com

- **Reed Garrett Smith**
  wbs@seinigerlaw.com

- **Christopher Martin Wood**
  cwood@rgrdlaw.com,e_file_sf@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)